UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SOFIA VASQUEZ, et al.,

           Plaintiffs,

    v.

ROLDAN VIGIL, et al.,

           Defendants.

Case No.  5:17-cv-03167-EJD

**ORDER ADOPTING REPORT AND RECOMMENDATION; REMANDING CASE**

Re: Dkt. No. 5

      No objections having been received within the time permitted by Federal Rule of Civil Procedure 72(b), the court hereby ADOPTS the Report and Recommendation issued by Magistrate Judge Nathanael M. Cousins on June 5, 2017. Dkt. No. 5. Accordingly, this case is REMANDED to Monterey County Superior Court for lack of federal jurisdiction.

      The Clerk shall close this file.

      **IT IS SO ORDERED.**

Dated: July 12, 2017

EDWARD J. DAVILA
United States District Judge